UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWYANE M. WRIGHT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL LONG,<br><br>　　　　Defendant. | No. 2:25-cv-00690-DC-JDP (PS)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING PLAINTIFF'S COMPLAINT WITHOUT LEAVE TO AMEND<br><br>(Doc. No. 3) |

　　　　Plaintiff Dwayne Wright is proceeding *pro se* in this civil rights action initiated on February 27, 2025. (Doc. No. 1.) This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On April 3, 2025, the assigned magistrate judge issued findings and recommendations recommending that Plaintiff's claims be dismissed without leave to amend for several reasons. (Doc. No. 3.) First, Defendant is not a proper defendant because he is Plaintiff's former defense attorney, and defense attorneys are not considered state or federal governments actors under 42 U.S.C. § 1983 or *Bivens Six Unknown Named Agents*, 403 U.S. 388 (1971). (*Id.* at 3.) Second, Plaintiff's ineffective assistance of counsel claims must be brought under 28 U.S.C. § 2255. (*Id.*) Third, because Plaintiff's has not stated a federal claim and Plaintiff fails to establish diversity jurisdiction, the court should decline to exercise supplemental jurisdiction over Plaintiff's

1 remaining state law claims. (*Id.* at 4.)

2 Those findings and recommendations were served on Plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days from the date of service. (*Id.* at 5.) Plaintiff filed objections to the pending findings and recommendations on April 16, 2025.[1] (Doc. No. 5.) Plaintiff's objections consist solely of the transcript from his September 24, 2024 revocation hearing. (*Id.*) Plaintiff does not meaningfully address the magistrate judge's findings and recommendations. Consequently, Plaintiff's objections provide no basis upon which to reject the pending findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations issued on April 3, 2025 (Doc. No. 3) are ADOPTED in full; and

2. Plaintiff's claims arising under federal law are dismissed without leave to amend for failure to state a claim;

3. The court declines to exercise supplemental jurisdiction over Plaintiff's state law claims; and

4. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  **June 24, 2025**

Dena Coggins
United States District Judge

---

[1] Plaintiff also filed an unauthorized first amended complaint on April 28, 2025. (Doc. No. 6.) Plaintiff added the transcript of his revocation hearing on September 24, 2024 before Judge Mueller and a copy of the Findings and Recommendations issue by Magistrate Judge Peterson. (*Id.*) Otherwise, the first amended complaint is substantively identical to Plaintiff's initial complaint.

2