UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWYANE M. WRIGHT,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MICHAEL LONG, *et al.*,<br><br>　　　　Defendants. | Case No.  2:25-cv-0690-DC-JDP (PS)<br><br>ORDER |

On April 3, 2025, I recommended that plaintiff's federal claims be dismissed without leave to amend, the court decline to exercise supplemental jurisdiction over plaintiff's state law claims, and that the Clerk of Court be directed to close the case.  ECF No. 4.  The court subsequently adopted the findings and recommendations in full and entered judgment accordingly.  ECF Nos. 7 & 8.  After the case was closed, plaintiff belatedly filed objections to the findings and recommendations, several notices, and a proof of service.  ECF Nos. 9-13.

Plaintiff's filings do not constitute a proper request for reconsideration June 25, 2025 order and judgment.  The documents will therefore be disregarded.  Plaintiff is notified that the court will not respond to future filings in this action that are not authorized by the Federal Rules of Civil Procedure or the Federal Rules of Appellate Procedure.

1

Accordingly, it is hereby ORDERED that plaintiff's July 1, August 18, and September 10, 2025 filings, ECF Nos. 9-13, are disregarded.

IT IS SO ORDERED.

Dated:   September 16, 2025                                    
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE